**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PATRICK J. MANSHARDT,
  *Plaintiff-Appellant,*

v.

FEDERAL JUDICIAL QUALIFICATIONS
COMMITTEE; GERALD PARSKY;
DIANNE FEINSTEIN; BARBARA BOXER,
  *Defendants-Appellees.*

No. 03-55683

D.C. No.
CV-02-04484-FMC

ORDER
WITHDRAWING
OPINION

Filed May 12, 2005

Before: John T. Noonan, David R. Thompson, and
Michael Daly Hawkins, Circuit Judges.

## ORDER

The previous opinion filed March 17, 2005, slip op. page 3333 and appearing at 410 F.3d 1014, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.